In the Matter of the Application of ROBERT RUBENSTEIN, Respondent, for an Order of Certiorari Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.— Motion by Allied Dental Council, Inc., for leave to file brief *amicus curiæ* granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SHORT, Appellant, v. JOSEPH H. WILSON, as Warden of the State Prison at Comstock, N. Y., Respondent.— Motion for leave to appeal on original record denied. Motion for leave to appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claims of EVA S. SLEIGHT and HELEN C. SLEIGHT, Appellants, against HARRIS STRUCTURAL STEEL Co., INC., Respondent. COMMISSIONER OF TAXATION AND FINANCE, Respondent. STATE INDUSTRIAL BOARD, Respondent. — Motion to dismiss appeal granted, unless appellants perfect appeal, file and serve record and brief on or before February 20, 1942, and are ready for argument at the March Compensation and Unemployment Insurance Appeals Calendar Term of this court, commencing March 2, 1942, in which event the motion is denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of BENJAMIN H. TYLER, Appellant, against LACKAWANNA RAILROAD Co., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on one typewritten record and five typewritten briefs granted. . Appellant to serve copy of record and brief upon opposing counsel. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of EVELYN HUBLITZ MURRAY, Respondent, against CLARENCE CHAMBERLIN and CHAMBERLIN FLYING SERVICE, INC., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of CITY BANK FARMERS TRUST COMPANY and EDWARD G. BURGHARD, as Surviving Executors, and CHARLES G. PROFFIT, as Successor Executor, etc., of MADELEINE L. OTTMAN, Deceased, Petitioners, against MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents, to Review a Determination Made under Section 374 of the Tax Law.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of RALPH K. ROBERTSON, Administrator, etc., of GEORGE ROBERTSON, Deceased, Appellant, against ALFRED H. SCHOELLKOPF, Chairman, and Others, Who Constitute the New York State Board of Social Welfare, and MORRIS S. TREMAINE, Comptroller of the State of New York, Respondents.— Motion for reargument denied. Motion for leave to appeal